David R. Beck, SBN 124372
Beck & Mathiesen
700 Frederick St., Ste. 306
Santa Cruz, CA 95062
(831)429-0181

Attorney for Plaintiff
Alison White

*E-FILED 10/17/06*

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALISON WHITE,

    Plaintiff.

v.

TERMINIX INTERNATIONAL
THE TERMINIX INTERNATIONAL
COMPANY, L.P. AND DOES 1 TO 10,

    Defendants.

No. C 06 0849 RS

~~CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE~~

STIPULATION AND (PROPOSED) ORDER

## STIPULATION

Whereas, the parties were to have completed mediation by October 19, 2006, if possible.

Whereas, due to the volumn of discovery and counsels' calendering conflicts, the mediation is scheduled for November 29, 2006.

1

10/03/2006 10:31 FAX 415 982 1634    LOW BALL AND LYNCH    ☒003/003
10/02/2006 16:50  8314295617    FREDERICK ST ATTYS    PAGE 03/03
Case 5:06-cv-00849-RS    Document 28    Filed 10/17/06    Page 2 of 2

Whereas, the next CMC is currently set for November 15, 2006, 2:30 p.m.

IT IS HEREBY STIPULATED that the CMC currently set for November 15, 2006, 2:30 p.m., be continued to Wednesday, January 10, 2007, 2:30 p.m., so that the mediation is completed before the next CMC.

Dated: 10/2/06

David R. Beck, Attorney for
Plaintiff Allison White

Dated: 10/3/06

Dean Robinson, Esq.
Attorney for Defendants
Terminix International and
The Terminix Int'l Co., L.P.

Order

IT IS HEREBY ORDERED that he CMC currently set for November 15, 2006, 2:30 p.m., be, and hereby is, continued to Wednesday, January 10, 2007, 2:30 p.m., Dept. 4, Judge Seeborg.

Dated: October 17, 2006

Richard Seeborg
U.S. Magistrate Judge

2