*E-FILED*
January 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALISON WHITE, | No. C 06-00849 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| TERMINIX INTERNATIONAL, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Further Case Management Conference set for January 10, 2007. The parties are required to file a stipulation of dismissal by **February 14, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 21, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 8, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

David Russell Beck     Beckandmathiesen@calcentral.com,

Dean M. Robinson     drobinson@lowball.com

Guy W. Stilson     gstilson@lowball.com,

Dated: January 8, 2007

                                        /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California