1  David R. Beck, SBN 124372
   Beck & Mathiesen, APC                    *E-FILED 2/13/07*
2  700 Frederick St., Ste. 306
   Santa Cruz, CA 95062
3  (831)429-0181

4  Attorney for Plaintiff Alison White

5
              UNITED STATES DISTRICT COURT
6
              NORTHERN DISTRICT OF CALIFORNIA
7
                    SAN JOSE DIVISION
8

9  ALISON WHITE,                 )   No. C 06 0849 RS
                                 )   XXPROPOSEDXX
10           Plaintiff.          )   STIPULATION
                                 )   AND ORDER
11  v.                           )   FOR DISMISSAL
                                 )
12  TERMINIX INTERNATIONAL       )
    THE TERMINIX INTERNATIONAL   )
13  COMPANY, L.P. AND DOES 1 TO 10, )
                                 )
14                               )
             Defendants.         )
15  _____)

16                    STIPULATION

17

18      It is hereby stipulated between parties that the above-
19  captioned matter has settled.  Therefore, the parties agree to
20  have this case dismissed with prejudice as to the complaint and
21  entire action of all parties and all causes of action.
22

23  Dated: February 8, 2007              /s/ David R. Beck
24                                       _____
                                         David R. Beck
25                                       Attorney for Plaintiff
                                         Alison White
26

27  Dated: February 9, 2007              _____
                                         Dean M. Robinson
28                                       Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case no. C 06-0849 be dismissed with prejudice as to the complaint and entire action of all parties and all causes of action.

Dismissal is hereby entered as requested on February 13, 2007.

Dated: February 13, 2007

_[signature]_
Judge of the U.S. District Court
Northern District of California